

# Fourth Court of Appeals
## San Antonio, Texas

No. 04-17-00815-CR

Issac **WILLIAMS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8370B
Honorable Joey Contreras, Judge Presiding

BEFORE JUSTICE RIOS, JUSTICE RODRIGUEZ, AND JUSTICE BRISSETTE

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.


SIGNED December 31, 2024.


Liza A. Rodriguez, Justice